BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Fax: (415) 436-7234
    Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00390 EMC |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION TO CONTINUE AND EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| TARYMA WASHINGTON, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties, defendant Taryma Washington and the Government, appeared before the Court on August 30, 2017 at 2:30 p.m. for a status conference. Defendant Taryma Washington, represented by Assistant Federal Public Defender Geoffrey A. Hansen, was present and out of custody. Special Assistant United States Attorney Denise M. Oki appeared for the Government. The Court, after hearing the status in this case, scheduled a further status hearing for October 11, 2017, the date proposed by counsel.

2. The Court so scheduled the status hearing with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

STIP. AND [PROPOSED] ORDER              1
CR 17-00390 EMC

3. The parties now formalize their request for a continuance of this matter to October 11, 2017 at 2:30 p.m. for a further status hearing, and respectfully submit and agree that the period from August 30, 2017 through and including October 11, 2017 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow counsel for the defendants to review the discovery in this case.

IT IS SO STIPULATED.

DATED: September 5, 2017  BRIAN J. STRETCH
United States Attorney

/s/
DENISE M. OKI
Special Assistant United States Attorney

DATED: September 5, 2017

/s/
GEOFFREY A. HANSEN
Counsel for the Defendant

## [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from August 30, 2017 through and including October 11, 2017 outweigh the best interest of the public and the defendant, Taryma Washington, in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant, Taryma Washington, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on Wednesday, October 11, 2017 at 2:30 p.m. for a status conference.

2. The period from August 30, 2017 through and including October 11, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 10/4/17

HON. EDWARD M. CHEN
United States District Judge



STIP. AND [PROPOSED] ORDER
CR 17-00390 EMC
3