IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TARYMA WASHINGTON,<br><br>Defendant. | **Case No.:** CR 17–00390 EMC<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING HEARING** |

The above-entitled matter is currently scheduled for a sentencing hearing on January 31, 2018 at 2:30 p.m. The attorney assigned to this case, Chief Assistant Geoffrey Hansen, is presently unavailable to assist Ms. Washington in the presentence process. The defense accordingly asks that the scheduled sentencing date of January 31, 2018 be vacated, and that the matter be added to the Court's calendar on February 28, 2018 at 2:30 p.m. for sentencing.

The government has no objection to this request and is available on the proposed date.

//
//
//
//
//
//
//
//
//

Therefore, for good cause shown the sentencing hearing currently scheduled on January 31, 2018 shall be vacated. The matter shall be added to the Court's calendar on February 28, 2018 at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

November 17, 2017
Dated

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

IT IS SO STIPULATED.

November 9, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
DENISE OKI
Special Assistant United States Attorney

November 9, 2017
Dated

STEVEN G. KALAR
Federal Public Defender

/S
Northern District of California