|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   | IN THE UNITED STATES DISTRICT COURT | |
| 5   | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 6   | SAN FRANCISCO DIVISION | |
| 7   |     |     |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17–00390 EMC |
| Plaintiff, | **[PROPOSED] STIPLUATED ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| TARYMA WASHINGTON, | |
| Defendant. | |

The above-entitled matter is currently scheduled for a sentencing hearing on February 28, 2018 at 2:30 p.m. Due to the extended absence of the defendant's s counsel and in order to ensure continuity of counsel, the parties hereby agree that the sentencing in this matter will be continued from February 28, 2018 to Wednesday, May 2, 2018 at 2:30 p.m.

The government and Probation Officer have no objection to this proposed continuance.

//

//

//

//

//

//

//

//

//

//

Therefore, for good cause shown the hearing currently scheduled on February 28, 2018 shall be vacated. The matter shall be added to the Court's calendar on May 2, 2018 at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

1/16/2018
Dated

*IT IS SO ORDERED*
*Judge Edward M. Chen*

IT IS SO STIPULATED.

January 12, 2018
Dated

ALEX TSE
United States Attorney
Northern District of California

/S
DENISE OKI
Special Assistant United States Attorney

January 12, 2018
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
GEOFFREY A. HANSEN
Assistant Federal Public Defender